USDC SCAN INDEX SHEET










```
LMH    9/1/99    10:49
3:98-CV-02284    AMERICA ONLINE INC V. PERSAUD
*17*
*JGM.*
```

STEINHART & FALCONER LLP
ANDREW J. BERMAN (State Bar No. 146200)
LISA M. SITKIN (State Bar No. 194127)
333 Market Street, Thirty-Second Floor
San Francisco, CA 94105-2150
Telephone: (415) 777-3999
Facsimile: (415) 442-0856

Attorneys for Plaintiff
AMERICA ONLINE INCORPORATED

99 AUG 31 PM 2:58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICA ONLINE INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ALEXANDER PERSAUD (a/k/a JAMES BUTTERFIELD, HENRY SUMMERS, BRIAN CRAWFORD) d/b/a ADVANCED NETWORK PROMOTIONS,<br><br>Defendant. | Case No. 98-CV-2284 TW (LAB)<br><br>**JUDGMENT** |

Pursuant to this Court's August 24, 1999 Order Granting Motion for Default Judgment; Awarding Restitution, Damages and Prejudgment Interest; Entering Permanent Injunctive Relief; and Terminating Case, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiff America Online Incorporated ("AOL"), a Delaware corporation, shall have and recover from defendant Michael Alexander Persaud ("Persaud"), an individual, restitution in the amount of $ 490,000, damages in the amount of $ 54,600, and prejudgment interest of $ 35,809.32 (10 percent per annum accruing from the date of service of the Complaint in this action, December 27, 1998, to the date of entry of judgment, August 24, 1999) for a total judgment of $580,409.32; and that permanent injunctive relief shall be entered against Persaud as set forth in the August 23 Order.

DATED: AUG. 31, 1999

Hon. Thomas J. Whelan
United States District Judge

ENTERED ON 9-1-99

JUDGMENT
AOL v. Michael Alexander Persaud et al., Case No. 98-CV-2284 TW (LAB)                                                Page 1
23066.1