USDC SCAN INDEX SHEET










```
LMH    9/28/99   16:32
3:98-CV-02284   AMERICA ONLINE INC V. PERSAUD
*18*
*PRAE.*
```

99 SEP 27 PM 2:18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

America Online

vs.

Pedwand et al

Case No. 98-2284-TW(LAB)

PRAECIPE

TO THE CLERK: _X_ Please issue  ___ Certified  ___ Received

Abstract of Judgment

DATE: 9-27-99

Date Issued: 9-27-99

Name

Address

mc402

Telephone

STEINHART & FALCONER LLP
ANDREW J. BERMAN/LISA M. SITKIN
333 Market Street, Suite 3200
San Francisco, CA 94105-2150
(415) 777-3999
BAR NO.: 146200/194127

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| America Online Incorporated ) ) ) vs. ) Michael Alexander Persaud (a/k/a James ) Butterfield, Henry Summers, Brian ) Crawford) d/b/a Advanced Network Promo ) | NO. 98-2284 W LAB<br><br>**ABSTRACT OF JUDGMENT** |

1. [X] Judgment creditor   [ ] Assignee of record applies for an abstract of judgment and represents the following:

   a. Judgment debtor's name and last known address:
      Michael Alexander Persaud
      8611 Paseo del Sol
      Santee, CA 92071

   b. Driver's license No. and state _____
      [X] unknown.
   c. Social Security number _____
      [X] unknown.

   Lisa M. Sitkin                              /s/ Lisa Sitkin
   (TYPE OR PRINT NAME)                        (SIGNATURE OF APPLICANT/ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [X] A certified copy of the judgment is attached.

3. Judgment creditor (name and address):
   America Online Incorporated
   23000 AOL Way
   Dulles, VA 20166-9323

4. Judgment debtor (full name as it appears in judgment):
   Michael Alexander Persaud

5. a. Judgment entered (date): September 1, 1999
   b. Renewal entered (date): _____
   c. Renewal entered (date): _____

6. Total amount of judgment as entered or last renewed: $ 580,409.32

7. A stay of enforcement has
   a. [ ] not been ordered by the court.
   b. [ ] been ordered by the court effective until (date): _____

Attested: 27th day of September, 1999

Roberta Westdal, Clerk
By: /s/ M. Stottlemyer

CivCrim-30
C:\WP50\FORMS\CVCRM-30

CSD 186

STEINHART & FALCONER LLP
ANDREW J. BERMAN (State Bar No. 146200)
LISA M. SITKIN (State Bar No. 194127)
333 Market Street, Thirty-Second Floor
San Francisco, CA 94105-2150
Telephone: (415) 777-3999
Facsimile: (415) 442-0856

Attorneys for Plaintiff
AMERICA ONLINE INCORPORATED

RECEIVED
SEP 03 1999
99 AUG 31 PM 2:58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICA ONLINE INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ALEXANDER PERSAUD (a/k/a JAMES BUTTERFIELD, HENRY SUMMERS, BRIAN CRAWFORD) d/b/a ADVANCED NETWORK PROMOTIONS,<br><br>Defendant. | Case No. 98-CV-2284 TW (LAB)<br><br>**JUDGMENT** |

Pursuant to this Court's August 24, 1999 Order Granting Motion for Default Judgment; Awarding Restitution, Damages and Prejudgment Interest; Entering Permanent Injunctive Relief; and Terminating Case, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiff America Online Incorporated ("AOL"), a Delaware corporation, shall have and recover from defendant Michael Alexander Persaud ("Persaud"), an individual, restitution in the amount of $490,000, damages in the amount of $54,600, and prejudgment interest of $35,809.32 (10 percent per annum accruing from the date of service of the Complaint in this action, December 27, 1998, to the date of entry of judgment, August 24, 1999) for a total judgment of $580,409.32; and that permanent injunctive relief shall be entered against Persaud as set forth in the August 23 Order.

DATED: AUG. 31, 1999

Hon. Thomas J. Whelan
United States District Judge

ENTERED ON 9-1-99

JUDGMENT
AOL v. Michael Alexander Persaud et al., Case No. 98-CV-2284 TW (LAB)                Page 1
23066.1

# VISIT US ON-LINE AT www.casd.uscourts.gov !!

CASE: 982284-CV-JGM     Doc #: 00017    Name Id: 217032     Imported: 09/01/1999 13:02    LMH

ANDREW BERMAN
STEINHART AND FALCONER
333 MARKET STREET
SUITE 3200
SAN FRANCISCO CA 94105

INTERNET ACCESS NOW AVAILABLE!
Visit our web site at www.casd.uscourts.gov. You'll find general filing procedures, Local Rules, district and magistrate judge calendars, frequently requested General Orders, forms, answers to frequently asked questions, general court information, vacancy announcements, directions, etc. The Adobe Acrobat Reader, which can be accessed on our home page and is free of charge, is required for viewing certain documents.

PACER (Public Access to Court Electronic Records)
PACER is a nationwide on-line computer service that provides users with an electronic case history without leaving the comfort of their office. Cases can be researched by party name or case number; and docket sheets can be printed in your office. USER BENEFITS: Reduced copy costs, reduced research fees, quicker information retrieval, fewer trips to clerk's office. Access is possible with modem speeds up to 33.6K and communications software. The user fee is $.60 per minute. To establish access, contact the PACER Billing Center at (800) 676-6856 or register on-line at www.pacer.psc.uscourts.gov. Contact the Clerk's Office Help Desk at (619) 557-5412 for local user support.

**You could have received this notice yesterday by fax**

**Authorization to Send Orders and Judgments by Facsimile Transmission**

The Clerk of Court for the Southern District of California is authorized to transmit notice of entry of judgment or orders under Fed.R.Civ.P. 77 and Fed.R.Crim.P. 49 by facsimile transmission of judgments, orders or notices in any case in which this capability exists and the undersigned appears as attorney in charge. I understand that this electronic notice will be in lieu of notice by mail. The following telephone number is dedicated for facsimile transmission:

| Fax Phone # _____ | Firm Name _____ |
| Phone # _____ | Attorney Name _____ |
| State Bar # _____ | Street Address _____ |
| Signature _____ | City, State, Zip _____ |

Just complete and return the authorization above. It's FREE and it's FAST!  Mail or fax to:
United States District Court         or     Fax:
Roberta Westdal, Clerk of Court             (619) 557-5175
880 Front Street, #4290
San Diego, CA 92101-8900

| STEINHART & FALCONER LLP | | | CHECK #: | 23453 |
|---|---|---|---|---|
| DATE | INVOICE NO. OR REFERENCE | AMOUNT | DISCOUNT | BALANCE |
| 09/24/99 | 09241999 | 20.00 | .00 | 20.00 |
| | TOTALS | 20.00 | .00 | 20.00 |

PLEASE DETACH STATEMENT BEFORE DEPOSITING CHECK

**STEINHART & FALCONER LLP**
333 MARKET STREET   32nd FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 777-3999

DATE: 9/24/1999
CHECK NO. 23453

CITIBANK, F.S.B.
One Sansome Street, 24th Flr.
San Francisco, CA 94104
90-7118/3211

AMOUNT PAID: $**********20.00

PAY EXACTLY

TWENTY AND 00/100 DOLLARS

PAY TO THE ORDER OF: U.S. District Court Southern District

VOID AFTER 180 DAYS
TWO SIGNATURES REQUIRED FOR ALL CHECKS OVER $ 3000

⑈023453⑈ ⑆321171184⑆ 20000177⑈